# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TALAL ALI CHAMMOUT ,**

v.

CASE NO: **1:08–CV–01536–OWW**

**USA ,**

_____

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **June 10, 2009**

by: /s/  J. Hellings _____
Deputy Clerk