LAWRENCE G. BROWN
Acting United States Attorney
MARK E. CULLERS
STANLEY A. BOONE
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CV.F. 08-1536 OWW |
| | )          CR.F. 06-0426 OWW |
| | ) |
| Plaintiff, | ) |
| | ) APPEARANCE OF COUNSEL OF RECORD |
| v. | ) AND CHANGE IN DESIGNATION OF |
| | ) COUNSEL FOR SERVICE |
| TALAL ALI CHAMMOUT, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, Mark E. Cullers, Assistant United States Attorney, hereby appears as counsel of record and requests a change in designation of counsel for service.

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my

////

////

////

APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

1

appearance as counsel of record in this case for the United States of America and designate new counsel for service as follows:

                              Mark E. Cullers
                              Assistant U.S. Attorney
                              Robert E. Coyle Federal Courthouse
                              2500 Tulare Street, Room 4401
                              Fresno, California 93721
                              Telephone: (559) 497-4000
                              mark.cullers@usdoj.gov

     I hereby declare that I am admitted to practice law in this district.

Dated: July 21, 2009.             LAWRENCE G. BROWN
                                  Acting United States Attorney


                                  By : /s/ Mark E. Cullers
                                       MARK E. CULLERS
                                       Assistant U.S. Attorney

APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE